# EXHIBIT A

11/26/19

# RESELLER AGREEMENT

Reseller Agreement (the "Agreement"), effective as of November 27th, 2019 (the "Effective Date"), by and between ChargePoint, Inc., a Delaware Corporation, with offices located at 254 E. Hacienda Ave., Campbell, California 95008 ("ChargePoint"), and Future Mobility, LLC (d/b/a Future Energy), a Michigan limited liability company, with offices located 6400 Sterling Drive North, Suite 2-B, Sterling Heights, Michigan 48312 (the "Reseller").

WHEREAS, ChargePoint manufactures, sells and distributes electric vehicle supply equipment ("Charging Stations") and offers for subscription various software services (the "Cloud Services") associated therewith;

WHEREAS, the Charging Stations, Cloud Services and services that are the subject of this Agreement are set forth in Exhibit "A" to this Agreement, as it may be amended from time to time. For purposes of this Agreement, the Charging Stations (and only the Charging Services) set forth in Exhibit "A" to this Agreement are referred to as the "Products", and the Cloud Services and other services set forth in Exhibit "A" to this Agreement are referred to jointly as the "Services";

WHEREAS, Reseller represents to ChargePoint that is has the necessary expertise, contacts, resources and skills to effectively resell the Products in the Territory (as defined below); and

WHEREAS, Reseller wishes to be and ChargePoint is willing to appoint Reseller as a reseller of the Products in the Territory under the terms and conditions set forth in this Agreement, which will supersed and replace the Existing Agreement.

NOW, THEREFORE, in consideration of the mutual covenants set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ChargePoint and Reseller hereby agree as follows:

1. Appointment.

Subject to the terms and conditions contained in this Agreement, ChargePoint appoints Reseller as a Reseller with the non-exclusive right to resell Products in the territory made up of United States (the "Territory") and Reseller hereby accepts such appointment. Reseller's appointment as Reseller hereunder is limited to resale of the Products and does not cover any other product or service manufactured, sold, licensed or otherwise distributed by ChargePoint; provided, however, that Reseller may, as agent of ChargePoint as provided below, offer the Services to customers as provided herein. Reseller shall have no right to resell products manufactured, sold or distributed by ChargePoint, except as expressly provided in this Agreement.

2. Resale of the Products; Sales Goals; Resale of Cloud Services; Pricing.

A. As Reseller under this Agreement, Reseller shall (a) use commercially reasonable efforts to solicit orders for the Products within the Territory, (b) purchase Products from ChargePoint under and pursuant to the Terms and Conditions of Purchase attached to this Agreement as Exhibit "B", in such amounts and at such times as Reseller deems appropriate in its sole and absolute discretion, in order to satisfy current and anticipated orders for the Products, (c) resell the Products directly to end-user customers or electrical contractors purchasing on behalf of an end-user customer pursuant to orders for the Products, and (d) collect payment from each of its customers ordering Products. Required warehousing under this Section 2.A shall be done at a place and in quantities chosen by Reseller, in its reasonable discretion. All costs of resale, solicitation, distribution and

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

collection shall be borne solely by Reseller. In the event of any conflict between any provision of this Agreement and any provision of the Terms and Conditions of Purchase attached to this Agreement as Exhibit "B", this Agreement shall control.

B. Reseller will purchase and take delivery of, in the aggregate, at least US $10,000 of the Products during the period beginning on the Effective Date and ending on the first anniversary of the Effective Date.

C. Each Charging Station sold by Reseller under this Agreement shall be accompanied by the sale of a subscription to one or more CharePoint Cloud Services to be used with such Charging Station, priced on a "per port" basis. Provided that Reseller is not in breach of its obligations under this Agreement, Reseller may publicly perform and publicly display the Cloud Services to the extent reasonably necessary to market them as authorized in this Section 2.C. The customer shall not be able to access any Cloud Services unless and until it executes with ChargePoint a Master Services Subscription Agreement, in a form and substance satisfactory to ChargePoint in its sole discretion. In making sales of ChargePoint Cloud Services under this Agreement, Reseller shall be acting in the capacity of a commissioned and authorized agent for and on behalf of ChargePoint and not as a reseller, with all agreements pertaining to the sale and furnishing of Cloud Services being diretly between ChargePoint and the customer.

D. Reseller shall be entitled to discounts applicable to it pursuant to the terms of the then current ChargePoint Partner program. In order to qualify for any such discount, Reseller shall comply with all of the terms set forth with respect to the ChargePoint Partner level for which it seeks to qualify.

E. All ChargePoint branded products offered for resale by Reseller hereunder must be purchased from ChargePoint, and only ChargePoint. Reseller shall not purchase and resell ChargePoint branded products that are not purchased directly from ChargePoint. This includes the purchase and resale of used or secondary market ChargePoint products. Authorized ChargePoint resellers may not offer used ChargePoint products for resale.

3. <u>Term and Termination</u>.

A. The term of this Agreement will commence as of the Effective Date and end on the second anniversary of the Effective Date, unless terminated earlier as set forth herein; thereafter, this Agreement shall automatically renew (and the term hereof shall be automatically extended) for successive one-year periods unless either party shall have provided written notice of termination to the other party at least ninety (90) days prior to the expiration of the then current term. In addition, either party may terminate this Agreement for convenience upon ninety (90) days prior written notice to the other, in accordance with Section 3B below, or in accordance with applicable law. Notwithstanding the termination or expiration of this Agreement or its term (except in accordance with Section 3B below), the parties shall be obligated to fully and completely perform their respective duties and obligations under all outstanding Accepted Orders.

B. ChargePoint may, in its sole and absolute discretion, terminate this Agreement and all Accepted Orders immediately and without notice if:

i. Reseller materially breaches any of the terms or conditions of this Agreement or any Accepted Order (including without limitation a failure to pay any amount when due or meet any minimum volume commitment); provided, however, that ChargePoint shall first provide Reseller with not less than thirty (30) das prior written notice of and opportunity to cure such breach;

ii. Reseller becomes insolvent or unable to pay its debts as they become due;

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

iii. Reseller makes an assignment for the benefit of its creditors or is petitioned into bankruptcy (unless, in the case of an involuntary proceeding only, such proceeding is terminated and discharged within sixty (60) days); or

iv. A receiver or trustee in bankruptcy is appointed for Reseller (unless, in the case of an involuntary proceeding only, such proceeding is terminated and discharged within sixty (60) days) .

4. Additional Obligations of Reseller.

During the term of this Agreement, Reseller shall:

A. Work with ChargePoint to advertise and promote the sale of the Products throughout the Territory through regular contact and diligent follow-up; provided that Reseller shall undertake no advertising or promotional campaign, whether written, video, audio or otherwise, without the prior written approval of ChargePoint;

B. Use commercially reasonable efforts to solicit orders and re-orders of the Products throughout the Territory;

C. Provide ChargePoint, through email, quarterly reports providing summaries of Reseller's marketing activities and the monthly reports required by Setion 4I below.

D. Reseller shall provide itself with, and be solely responsible for, (i) facilities and employees and (ii) permits, licenses, and other forms of clearance from governmental or regulatory agencies, if any, as necessary for the conduct of its business operations in accordance with this Agreement and all applicable laws.

E. Reseller shall maintain and make available for inspection by ChargePoint (at Reseller's offices, at ChargePoint's cost and expense, with reasonable prior notice, and at times that will not unreasonably interfere with Reseller's operation of its business) accurate books, records, and accounts relating to the business of Reseller with respect to the Products (and only with respect to Products). Reseller shall also maintain a record of any customer complaints regarding either the Products or ChargePoint and promptly forward to ChargePoint the information regarding those complaints.

F. Reseller shall use commericially reasonable efforts to promptly advise ChargePoint of (i) any material changes in the Reseller's status, organization, personnel, and similar matters, (ii) any products of any third parties for which Reseller serves as a sales representative (including, without limitation, as a reseller) (unless such disclosure is prohibited by contract or applicable law), and (iii) any changes in key personnel, organization or status of any major customers of Reseller in the Territory (unless such disclosure is prohibited by contract or applicable law), and any other events in the Territory, all to the extent that any of the foregoing become actually known to Reseller and could reasonably be expected to have a material beneficial or adverse effect on the mutual business interests of Reseller and ChargePoint hereunder.

G. Reseller shall assist the customer with arranging for the installation of its charging stations and the provisioning of such charging stations on the ChargePoint Network. Reseller shall be entitled to perform such installation and provisioning services and charge such fees for such services as it determines in its reasonable discretion.

I. Reseller shall provide to ChargePoint, within five (5) days of the beginning of each month, a non-binding forecast of its requirements for Products in 30, 60 and 90 day periods immediately following each reporting period. Reseller will provide forecasts that genuinely reflect Reseller's anticipated requirement for Products during the forecasted periods, having regard to its Customer pipeline.

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

J.      Reseller shall display and advertise the Products in accordance with the terms and conditions set forth by ChargePoint (the "Branding Guidelines"), and in accordance with all applicable regulatory conditions and requirements as required by law. This requirement shall apply to any unhosted, hosted, point of sale, event or tradeshow display of the Product. Reseller agrees to submit display designs to ChargePoint prior to production for approval by ChargePoint (which shall not be unreasonably withheld, conditioned, or delayed). Branding Guidelines requirements shall be made available on the internal Web-based application available to Partners (the "Partner Portal"). ChargePoint may at its sole discretion update or amend the requirements in the Partner Portal.

K.      Reseller agrees to adhere to the Branding Guidelines when creating any collateral, web content, advertising or marketing materials. Reseller further agrees to submit any advertising or marketing material to ChargePoint prior to publication for approval by ChargePoint (which shall not be unreasonably withheld, conditioned, or delayed). ChargePoint may at its sole discretion ask Reseller to change or remove such content that are not in accordance with such Branding Guidelines.

5.      Independent Contractor.

        A.      The relationship of ChargePoint and Reseller established by this Agreement is that of independent contractors, and nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other, (ii) constitute the parties as agents, partners, joint venturers, co-owners or otherwise as participants in a joint undertaking, or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever. All financial and other obligations associated with Reseller's business are the sole responsibility of Reseller, including any claims, damages or lawsuits arising from the acts of Reseller. All financial and other obligations associated with ChargePoint's business are the sole responsibility of ChargePoint, including any claims, damages or lawsuits arising from the acts of ChargePoint.

        B.      Reseller shall neither advertise the sale of nor solicit orders for Products outside the Territory without the prior written consent of ChargePoint, in its sole discretion. Reseller shall promptly submit to ChargePoint, for ChargePoint's attention and handling, the originals of all written inquiries received by Reseller from potential customers outside the Territory.

        C.      Reseller shall use commercially reasonable efforts to market and sell Products in an effort to realize the maximum sales potential for Products in the Territory during the term of this Agreement.

6.      No Agency.

        Neither party has any authority to enter into any contract of sale or employment on behalf of the other party, or to make allowances or adjustments on accounts for the return of merchandise, except with the written authorization of the other party, which the other party may withhold in its sole discretion.

7.      Indemnity.

        Reseller will not give any customer any warranty, undertaking or guarantee except as expressly approved by ChargePoint in writing, or as otherwise expressly required by law (in which case Reseller will give prompt notice to ChargePoint of such law and its requirements) and agrees to indemnify and save ChargePoint harmless from any claims, demands, damages, costs or losses whatsoever arising out of or in any way connected with any unauthorized warranties undertakings or guarantees.

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

ChargePoint shall indemnify and defend Reseller, and hold Reseller harmless, from and against any and all liabilities, damages, losses, claims, obligations, demands, causes of action, costs and expenses (including, but not limited to, reasonable attorneys fees), whether contractual or otherwise, absolute or contingent, present or future, or known or unknown (collectively, "Claims"), incurred by Reseller, to which Reseller may become subject, or for which Reseller may become responsible, and which arise out of, under, or in connection with (a) any breach or violation of this Agreement on the part of ChargePoint; (b) any breach or violation of the Warranty; (c) any infringement (or alleged infringement) of the intellectual property intellectual property rights of any third-party on the part of ChargePoint with respect to the Products or the Services (for purposes hereof, the term "intellectual property" has the same meaning as in Section 21B below); (d) any actual or alleged manufacturing, design, or other defect in the Products or Services; or (e) or any act, transaction, or occurrence which concerns or relates, in any way, to the foregoing.

8. Expenses.

Except as provided in Section 4, Reseller shall bear all expenses in connection with its performance of its obligations under this Agreement.

9. Rejection of Orders.

ChargePoint reserves the sole and exclusive right to accept or reject any order received from Reseller.

10. Right to Discontinue Manufacturing Products.

ChargePoint reserves the right at any time and from time to time, in its sole discretion, without thereby incurring any liability to Reseller with respect to any purchase orders, to discontinue or limit its production of any of the Products, or to terminate or limit deliveries of any of the Products the production of which is so discontinued or limited, and to alter the design or the construction of any of the Products. The immediately preceding sentence shall not, however, excuse ChargePoint from fully and completely performing its obligations under Accepted Orders. ChargePoint will allow wherever reasonably possible 6 months notice of any item to be discontinued.

11. Limitation on Liability.

NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN THIS AGREEMENT, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY LOSS OF PROFITS, REVENUE OR BUSINESS, OR FOR ANY SPECIAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES UNDER ANY CAUSE OF ACTION, WHETHER FOR BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, AND WHETHER OR NOT SUCH PARTY OR ITS AGENTS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THIS LIMITATION WILL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY PROVIDED HEREIN.

12. No Damages.

Neither party shall, by reason of the termination of this Agreement in accordance with the terms hereof, be liable to the other party for compensation, reimbursement or any damages on account of the loss of prospective profits on anticipated sales or on account of expenditures, investments, leases or commitments in connection with the business or goodwill of such other party or otherwise.

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

13.    Force Majeure.

ChargePoint shall not be liable to Reseller for any failure to deliver the Products in the event that ChargePoint is unable to manufacture, supply or ship any of the Products as a result of any fire, explosion, war, riot, strike, walk-out, labor controversy, flood, shortage of water, power, labor, transportation facilities or necessary materials or supplies, default or failure of carrier, breakdown in or the loss of production or anticipated production from plant or equipment, act of God or public enemy, any law, act or order of any court, board, government or other authority of competent jurisdiction, or any other cause (whether or not of the same character as the foregoing) beyond the reasonable control of ChargePoint.  Deliveries omitted in whole or in part while such inability remains in effect shall be cancelled.

Reseller shall not be liable to ChargePoint for any failure to perform any duty or obligation under this Agreement or any Accepted Order as a result of any fire, explosion, war, riot, strike, walk-out, labor controversy, flood, shortage of water, power, labor, transportation facilities or necessary materials or supplies, default or failure of carrier, breakdown in or the loss of production or anticipated production from plant or equipment, act of God or public enemy, any law, act or order of any court, board, government or other authority of competent jurisdiction, or any other cause (whether or not of the same character as the foregoing) beyond the reasonable control of Reseller.

14.    Governing Law.

This Agreement shall be interpreted in accordance with the laws of the State of California.  The State and Federal courts located in Santa Clara County, California shall have exclusive jurisdiction and venue over any dispute arising out of or relating to this Agreement.  Each of the Parties hereby expressly consents and submits to the jurisdiction and venue of these courts.

In the event either party commences litigation against the other based on a breach or alleged breach of this Agreement or any Accepted Order, the prevailing party shall be entitled to recover from the other party its reasonable legal fees and related expenses incurred in enforcing its rights under this Agreement or such Accepted Order or in in defending the allegations brought by the non-prevailing party.

15.    Confidentiality of Trade Secret Data.  Subject to Section 16  below:

A.    Reseller agrees that all information, including without limitation, applicable pricing extended to Reseller communicated to it with respect to the performance by the parties of their obligations under this Agreement and the Terms and Conditions of Purchase attached hereto in Exhibit B, whether or not that information was directly or intentionally communicated, is confidential information of ChargePoint.  Reseller also agrees that all information, conclusions, recommendations, reports, advice, or other documents generated by ChargePoint pursuant to this Agreement is confidential information of ChargePoint.  Reseller further acknowledges and agrees that, as between the parties, all confidential data described herein that, in accordance with applicable law, qualifies as a trade secret information belongs wholly to and is the exclusive property of ChargePoint.

B.    Reseller promises and agrees that it shall not disclose any confidential information belonging to CharePoint to any other person unless specifically authorized in writing by ChargePoint to do so.  If ChargePoint gives Reseller written authorization to make any disclosures, Reseller shall do so only within the limits and to the extent of that authorization.

C.    Reseller shall use its commercially reasonable efforts to prevent inadvertent disclosure of any confidential information belonging to ChargePoint to any third party.

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

D. Reseller acknowledges and agrees that all information concerning work conducted by ChargePoint and any future and proposed products of ChargePoint may constitute exceptionally valuable trade secrets of ChargePoint. That information may include, without limitation, the fact that any particular work or project is planned, under consideration, or in production, as well as any descriptions of any existing, pending, or proposed work.

E. The terms of this Agreement shall remain confidential between ChargePoint and Reseller. Any disclosure of the terms herein to any third party (other than a party's attorneys or accountants) shall constitute a material breach of this Agreement, unless such disclosure is required in accordance with applicable law (such as, without limitation, by way of subpoena).

16. Use and Disclosure of Confidential Information.

A. Reseller shall not use any confidential information belonging to ChargePoint or circulate it to any other person or persons, except when specifically authorized in writing and in advance by ChargePoint in its sole discretion, and then only to the extent necessary for any of the following:

(I). Conducting negotiations, discussions, and/or consultations;

(II). Supplying ChargePoint with goods or services or orders; and

(III). Accomplishing any purpose ChargePoint may later agree to in writing.

B. Reseller agrees that copies of confidential information belonging to ChargePoint may not be made without the express written permission of ChargePoint and that all such copies shall be returned to ChargePoint along with any originals.

C. Notwithstanding any other provision of this Agreement to the contrary, confidential information shall not inclue any information that (i) was known by or in the possession of Reseller prior to the Effective Date, (ii) is received by Reseller from a person or entity other than ChargePoint after the Effective Date, so long as such person or entity is not, to Reseller's knowledge, under a duty of confidentiality to ChargePoint, or (iii) is independently developed by Reseller after the Effective Date, without relying on any confidential information of ChargePoint.

D. Notwithstanding any other provision of this Agreement to the contrary, Reseller shall be free to disclose confidential information belonging to ChargePoint:

(I) in response to a subpoena or other court order, or as and to the extent may otherwise be required pursuant to applicable law; provided, however, that prior to making any such disclosure, Reseller shall so notify ChargePoint so that ChargePoint may, at its cost and expense, contest the disclosure or obtain a protective order;

(II) as and to the extent necessary to enforce this Agreement and any Accepted Order or to defend against claims brought against it by ChargePoint or other third-parties; and

(III) to Reseller's and its affiliate's managers, employees, representatives, and agents in the course of Reseller's performance of its duties and obligaitons hereunder; provided that Reseller shall be liable for any breach of Section 15 above or this Section 16 by any such manager, employee, representative, or agent.

17. Return of Materials.

Reseller shall promptly return to ChargePoint promptly at ChargePoint's request, all confidential materials belonging to ChargePoint within five (5) business days of such request.

18. Advertised Price.

ChargePoint does not impose or seek agreement on the price that the Reseller sells charging stations to customers – that remains solely up to specific Reseller. Reseller, however may not advertise prices that fall below the manufacturer's suggested retail price (the "MSRP").

19. Unfair Competition.

Reseller acknowledges and agrees that the sale or unauthorized use or disclosure of any of ChargePoint's trade secrets obtained by Reseller during the course of its performance under this Agreement (which may include information concerning ChargePoint's current and/or future and proposed work, services or products, the fact that any such work, service or products are planned, under consideration or in production, and any descriptions thereof), except in conformity with this Agreement, may constitute unfair competition. Reseller promises and agrees not to engage in any unfair competition in violation of applicable law with ChargePoint at any time, whether during or following the term of this Agreement.

20. Trademarks, Copyright.

A. All right, title, and interest in all trademarks, service marks, logos, and other company, service, or product identifiers and indicia of origin owned by ChargePoint, and all goodwill associated therewith ("Trademarks") are, as between Reseller and Chargepoint, exclusively owned by ChargePoint. Reseller warrants that it has not applied for any trademark registration of any marks or identifiers substantially similar to the Trademarks and agrees not to apply in the future for such trademark registration. Reseller agrees to provide reasonable assistance to ChargePoint for ChargePoint to establish and/or maintain the validity of the Trademarks, at ChargePoint's cost and expense. All uses of the Trademarks will inure solely to ChargePoint, and Reseller shall obtain no rights with respect to any of these Trademarks, other than the right to distribute ChargePoint's products using the Trademarks as set forth herein, and Reseller irrevocably assigns to ChargePoint all such right, title and interest, if any, in any Trademarks.

B. During the term of this Agreement, Reseller shall have the right to indicate to the public that it is an authorized reseller of ChargePoint's Products and to advertise within the Territory such Products under the Trademarks that ChargePoint owns or may adopt from time to time. Nothing herein shall grant Reseller any right, title or interest in ChargePoint's Trademarks, other than the limited license contemplated herein. Such rights are further discussed in CharePoint Partner Program Guide and at the associated Branding Guidelines on the Partner Portal.

C. All representations of ChargePoint's Trademarks that Reseller intends to use shall be exact copies of those used by ChargePoint and shall first be submitted to ChargePoint for approval of design, color, and other details.

21. Intellectual Property.

A. Restrictions on Use Reseller shall not: (i) create derivative works based on the Products, (ii) copy, frame or mirror any part or content of the Products, (iii) reverse engineer any Product, or (iv) access the Products for any improper purpose whatsoever, including, without limitation, in order to (A) build a competitive product or service, or (B) copy any features, functions, interface, graphics or "look and feel" of the Products.

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

B.    Ownership of Intellectual Property      All right, title and interest in and to any intellectual property related in any way to the Products is, and shall remain, the exclusive property of ChargePoint, as between ChargePoint and Reseller.  For these purposes, the term "intellectual property" shall mean, all of a party's patents, patent applications, patent rights, copyrights, moral rights, algorithms, devices,  application programming interfaces, databases, data collections, diagrams, inventions, methods and processes (whether or not patentable), know-how, trade secrets, trademarks, service marks and other brand identifiers, network configurations and architectures, proprietary information, protocols, schematics, specifications, software (in any form, including source code and executable code), techniques, interfaces, URLs, web sites, works of authorship, and all other forms of technology, in each case whether or not registered with a governmental entity or embodied in any tangible form and all rights and forms of protection of a similar nature to any of the foregoing or having equivalent effect anywhere in the world in any way arising prior to or during the term of this Agreement.  Except as expressly provided in this Agreement, ChargePoint grants to Reseller no license or any other right of use of ChargePoint's intellectual property

22.    Entire Agreement; Amendments.

A.      This Agreement and all Accepted Orders, together with all other documents incorporated by reference, if any, shall constitute the entire agreement between ChargePoint and Reseller with respect to the subject matter herein.  The execution of this Agreement has not been induced by, nor does ChargePoint or Reseller rely upon or regard as material, any representations or writing whatsoever not incorporated herein and made a part hereof.

B.      This Agreement shall not be amended, altered or qualified in any manner whatsoever except in a writing signed by both ChargePoint and Reseller, and any amendment, alteration or qualification hereof shall be null and void and shall not be binding upon any party who has not given its consent as aforesaid.

23.    Notice.

Any notice, request, demand or other communication by the terms hereof required or permitted to be given by one part to the other shall be given in writing by U.S. Mail (certified, return receipt requested), fax or nationally-recognized overnight courier addressed to such other party or delivered to such other party as follows:

If to ChargePoint:

Jonathan Kaplan, General Counsel
c/o ChargePoint, Inc.
254 East Hacienda Avenue
Campbell, CA 95008
Tel:    408 841 4500
Fax:    408 370 3847

Copy to:  Vice President, Channel Sales (same address)

If to Reseller:

Future Mobility, LLC
d/b/a Future Energy
6400 Sterling Drive North, Suite 2-B
Sterling Heights, MI 48312
Attn: Michael J. Abraham, Jr., Manager
Fax: (586) 782-6440

Copy (which shall not constitute notice) to:

Dean & Fulkerson, P.C.
801 West Big Beaver Road, Suite 500
Troy, MI 48084
Attn: Derek S. Adolf
Fax: (248) 362-1358

or at such other fax or office address as may be given from time to time by either of the parties. Any notice required or permitted under this Agreement shall be in writing and shall be deemed to be given (a) in the case of a fax, upon the successful transmission or actual delivery (provided that a hard copy of the notice is subsequently delivered in accordance with one of the other methodologies contemplated herein) ; (b) in the case of U.S. Mail (certified, return receipt requested), three (3) business days after deposit with the U.S. Mail, postage prepaid; or (c) in the case of overnight courier, one (1) business after deposit with the courier, shipping charges prepaid.

24. Non-Waiver.

No waiver by any party of any breach of any other party of any of its covenants, obligations, and agreements hereunder shall be a waiver of any subsequent breach of any other covenant, obligation or agreement, nor shall any forbearance to seek a remedy for any breach be a waiver of any rights and remedies with respect to such or any subsequent breach.

25. Foreign Corrupt Practices Act.

In conformity with the United States Foreign Corrupt Practices Act and with ChargePoint's established corporate policies regarding foreign business practices, Reseller and its employees and agents shall not directly or indirectly make and offer, payment, promise to pay, or authorize payment, or offer a gift, promise to give, or authorize the giving of anything of value for the purpose of influencing an act or decision of an official of any government within the Territory or the United States Government (including a decision not to act) or inducing such a person to use his influence or affect any such government act or decision in order to assist ChargePoint in obtaining, retaining or directing any such business.

26. Government Approvals.

Reseller hereby represents that Reseller has made a good faith effort to determine if any consent, approval or authorization of or designation, declaration or filing with any governmental authority in the Territory is required in connection with the valid execution, delivery and performance of this Agreement, and represent and warrants that none of the above mentioned actions are required.

27. Entire Agreement.

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

This Agreement sets forth the entire agreement and understanding of the parties with respect to its subject matter and merges all prior discussions between them related to such subject matter. This Agreement supersedes and replaces any and all prior agreements, understandings, representations, and warranties, whether written or oral, with respect to the subject matter hereof. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, shall be effective unless in writing signed by both parties.

28.    Indemnification by Reseller.

Reseller agrees to indemnify ChargePoint against any damages, costs (including reasonable attorneys' fees and costs) or other liability arising from claims by any other party resulting from Reseller's failure to abide by the terms and conditions of this Agreement, or Reseller's representation of the Products in a manner inconsistent with ChargePoint's Product descriptions and warranties.

29.    Assignment.

The rights and liabilities of the parties hereto shall bind and inure to the benefit of their successors, executors or administrators, provided, however, that Reseller may not assign or delegate this Agreement or any of its licenses, rights or duties under this Agreement, whether by operation of law or otherwise, without the prior written consent of ChargePoint in its sole discretion. Any attempted assignment in violation of this provision shall be void.

30.    Severability.

In the event that any provision of this Agreement becomes or is declared by a court of competent jurisdiction to be illegal, unenforceable or void, this Agreement shall continue in full force and effect without said provision, provided that no such severability will be effective if it materially changes the economic benefit of this Agreement to either ChargePoint or Reseller.

31.    Notices.

Any required notices hereunder shall be in writing, to the address of each party set forth above (in Section 23), or to such other address as either party may substitute by written notice to the other in the manner contemplated herein, and shall be deemed served when delivered or, if delivery is not accomplished by reason or some fault of the addressee, when tendered, all as determined accordance with and consistent with Section 23 hereof. In the event of any conflict between this Section 31 and Section 23, Section 23 shall control

32.    Counterparts.

This Agreement may be executed in counterparts, each of which will be deemed an original. Copies of signatures to this Agreement shall be deemed to be originals and may be relied upon to the same extent as the originals.

33.    Copies and Receipt.

Upon execution of this Agreement, each party shall be provided a signed copy of the Agreement, and Reseller shall sign a receipt acknowledging receipt of the signed Agreement.

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the Effective Date.

**Authorized Representative for CHARGEPOINT, INC.**

DocuSigned by:
Rex S. Jackson
41105F986370476...
(signature)

Rex S. Jackson
(print name)

Chief Financial Officer
(title)

12/4/2019
(date)

**Authorized Representative for FUTURE MOBILITY, LLC (d/b/a Future Energy)**

By:
(signature)

Michael Abraham, Jr.
(print name)

Manager
(title)

11-27-2019
(date)

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

**Exhibit "A"**

**PRODUCTS AND PRODUCT PRICE LIST**

[see attached]

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

**Exhibit "B"**

**TERMS AND CONDITIONS OF PURCHASE**

**1. Placement of Orders.**

A. Purchase of Charging Stations. The terms of this Agreement govern the Reseller's purchase of Charging Stations from ChargePoint. Reseller's initial purchase and all future purchases of Charging Stations made by Reseller shall be made by binding, written purchase order specifying the number and model of Charging Station(s) desired to be purchased, requested delivery schedule (which shall be a date that is no less than sixty (60) days after the date of the purchase order; provided that, such date shall be reduced to forty-five (45) days with respect to Charging Stations identified in Reseller's 60 and 90 day forecasts), and that Reseller's purchase of Charging Stations is subject to all of the terms and conditions contained in this Agreement. Any additional printed terms and conditions in Reseller's purchase order conflicting with, varying or adding to the terms and conditions of this Agreement, shall be of no force and effect, unless the parties hereto agree in writing, in advance, to accept such terms and conditions.

B. Acceptance of Purchase Orders. All purchase orders and modifications to purchase orders are subject to acceptance or rejection by ChargePoint in its sole discretion. No purchase order shall be binding upon ChargePoint unless and until so accepted in writing by ChargePoint. ChargePoint agrees to use commercially reasonable efforts to notify Reseller of its acceptance or rejection of Reseller's order within ten (10) business days after receipt thereof. Any purchase order accepted by ChargePoint is referred to in this Agreement as, an "Accepted Order." Unless otherwise specified, Accepted Orders are non-refundable and non-exchangeable after purchase.

C. Refusal of Purchase Orders. ChargePoint may withhold shipments to Reseller if Reseller has exceed its applicable credit limit, if any, and not provided for prepayment, is in violation of its payment obligations or otherwise is in material breach of this Agreement.

**2. Delivery**

A. Shipping Costs; Terms. All shipping, unless otherwise agreed to by the Parties in writing, shall be FOB ChargePoint's point of shipment. Reseller shall be responsible for all costs of shipping, transportation, insurance, warehousing, and other charges and costs associated with shipment of the Charging Stations to Reseller. All shipping dates are approximate and are based upon prompt receipt of all necessary information from Reseller. In no event shall ChargePoint be liable for any costs related to delay in delivery of the Charging Stations. Reseller's sole remedy for any material delay in delivery of the Charging Stations shall be cancellation of the order.

B. Transfer of Title. Delivery of the Charging Stations to Reseller shall be completed upon delivery of the Charging Stations to Reseller's freight forwarder. Risk of loss and damage to the Charging Stations shall pass to Reseller upon the delivery of such Charging Stations to such freight forwarder. ChargePoint shall use commercially reasonable efforts to deliver Charging Stations ordered by Reseller on the scheduled delivery date. Unless otherwise agreed in writing, all Charging Stations ordered by Reseller shall be packed for shipment and storage in accordance with ChargePoint's standard commercial practices. It is Reseller's obligation to notify ChargePoint of any special packaging requirements (which shall be at Reseller's expense). All claims for non-conforming shipments must be made in writing to ChargePoint within twenty (20) days of the passing of risk of loss and damage, as described above. Any claims not made within such period shall be deemed waived and released.

C. Substitutions. ChargePoint shall have the right to make substitutions and modifications to Charging Stations and in the specifications of Charging Stations to be delivered under the terms of any applicable purchase

order, provided that such substitutions or modifications will not materially affect overall Charging Station form, fit, function or safety specifications.

**3. Invoicing and Payment**

A. Invoicing. Unless otherwise agreed in writing by the Parties, ChargePoint shall issue an invoice to Reseller on or after the date it ships the ordered Charging Stations; provided that, ChargePoint may condition its acceptance of a purchase order on such credit and/or prepayment terms as ChargePoint, in its reasonable discretion, determines appropriate due to, among other things, Reseller's prior payment history and/or the size of the order. In the case of any change to the applicable credit and/or prepayment terms, no purchase order or acceptance thereof will be effective unless and until Reseller has consented in writing thereto. If Reseller causes a delay in delivery, ChargePoint may issue its invoice at any time on or after the scheduled delivery date.

B. Payment Terms. ChargePoint will invoice Reseller at time of shipment of the Charging Stations. All invoices shall be paid within thirty (30) days of the invoice date. Invoices not paid when due are subject to interest at the rate of one and one-half percent (1.5%) per month or, if less, the highest rate allowed under applicable law. All non-credit shipments, or shipments in excess of Reseller's available credit line, if any, shall be prepaid prior to shipment.

C. No Right of Set-Off. Invoiced amounts are not subject to reduction by set-off or otherwise without the express written consent by ChargePoint.

D. Taxes, Duties, Etc. All amounts due to ChargePoint under this Agreement and/or any applicable purchase order are net of any duties, any sales, use, excise, value-added, withholding, or similar tax of any kind and any and all other fees and charges of any nature (collectively, "Taxes") imposed by the United States or any foreign, state or local governmental entity or instrumentality thereof on the purchase, shipment, use or sale of the Charging Stations by or to Reseller, other than taxes measured by ChargePoint's income, corporate franchise, or personal property ownership. Where applicable, ChargePoint shall bill Reseller for the full amount of such taxes and shall include such amount as a separate line item on the invoice(s) sent to the Reseller; provided that, ChargePoint's failure to so bill the Reseller shall not relieve Reseller from the obligation to pay any Tax described in this Section 3.D.

E. Payment in Dollars. All amount payable under this Agreement shall be paid in United States dollars. If Reseller is located outside of the United States, Reseller agrees to take all necessary actions required, including registration of this Agreement and application for permission to make payments to ChargePoint hereunder, with the appropriate government authorities in the Reseller's jurisdiction, or such other institution or official, and to take such other measures as may be necessary to comply with any government currency controls in effect in Reseller's jurisdiction, as soon as reasonably practicable after execution of this Agreement. Reseller shall remit payment to ChargePoint, at Reseller's option (i) via wire or ACH transfer to an account designated by ChargePoint in writing from time to time or (ii) by check, made out to ChargePoint Technologies, Inc.

F. All Orders Subject to Credit Approval. All orders are subject to credit approval by ChargePoint. The amount of credit or terms of payment may be changed or credit withdrawn by ChargePoint in its reasonable discretion without advance notice. ChargePoint may, in its discretion, withhold further manufacture, performance or shipment; require immediate cash payments for past and future shipments or performance; or require other security satisfactory to ChargePoint before further manufacture, performance or shipment is made; and may, if shipment has been made, recover the goods from the carrier pending receipt of such assurances.

G. Provisions Relating to Shipments in Lots. If these terms require or authorize delivery of goods in separate lots, shipments or milestones to be separately accepted by Reseller, Reseller may only refuse such portion of a lot, shipment or milestone that fails to comply with the requirements of these terms or the Agreement. Reseller may

not refuse to receive any lot or portion thereof for failure of any other lot or portion or a lot to be delivered or to comply with these terms, unless such right of refusal is expressly provided for on the face hereof. Reseller shall pay for each lot in accordance with the terms hereof. Products held for Reseller are at Reseller's sole risk and expense.

H.      Prices do not include Freight, Etc. Except to the extent expressly stated in these terms, ChargePoint's prices do not include any freight, storage, insurance, taxes, excises, fees, duties or other government charges related to the goods, and Reseller shall pay such amounts or reimburse ChargePoint for any amounts ChargePoint pays. If Reseller claims a tax or other exemption or direct payment permit, it shall provide ChargePoint with a valid exemption certificate or permit and indemnify, defend and hold ChargePoint harmless from any taxes, costs and penalties arising out of same. ChargePoint's prices include the costs of its standard domestic packing, only. Any deviation from this standard packing (domestic or export), including U.S. Government sealed packing, shall result in extra charges. To determine such extra charges, Reseller should consult with ChargePoint's sales offices. Any and all increases, changes, adjustments or surcharges (including, without limitation, fuel surcharges) which may be in connection with the freight charges, rates or classification included as part of these terms, shall be for Reseller's account.

I.      Disputes. In the event Reseller disputes any portion or all of an invoice, it shall notify ChargePoint in writing of the amount in dispute and the reason for its disagreement within twenty-one (21) days of receipt of the invoice. The undisputed portion shall be paid when due, and finance charges on any unpaid portion shall accrue, from the date due until the date of payment, to the extent that such amounts are finally determined to be payable to ChargePoint.

J.      Remedies upon Payment Default. Upon Reseller's material default of these terms, ChargePoint may, in addition to any other rights or remedies it may have at law or otherwise, subject to any cure rights of Reseller, declare the entire balance of Reseller's account immediately due and payable or foreclose any security interest in the goods delivered. If any unpaid balance is referred for collection, Reseller agrees to pay ChargePoint, to the extent permitted by law, reasonable attorneys' fees in addition to all damages otherwise available, whether or not litigation is commenced or prosecuted to final judgment, play any court costs or expenses incurred by ChargePoint, and any finance charges accrued on any unpaid balance owed by Reseller.

K.      Suspended Shipments. ChargePoint reserves the right to suspend further shipments of goods if Reseller is over thirty (30) days late in payment of an undisputed invoice. ChargePoint reserves the right to terminate the order if Reseller is over sixty (60) days late in payment of an undisputed invoice

**4.      Installation**
        Reseller shall be responsible for assisting its customers with arranging for the installation and provisioning of the Charging Stations and for arranging with its customers for the payment of the costs thereof. At Reseller's request, ChargePoint may provide the names and contact information of one or more installers of Charging Stations; provided that, in providing such information ChargePoint makes no representation or warranty of any kind, nor does it undertake any liability, with respect to or regarding the quality of any installation or other services performed by any such installer. EXCEPT AS SPECIFICALLY AGREED TO IN WRITING, CHARGEPOINT IS NOT RESPONSIBLE FOR AND WILL NOT BE LIABLE FOR, THE QUALITY OF ANY INSTALLATION SERVICES OR ANY CLAIM IN ANY WAY RELATING TO OR RESULTING FROM SUCH SERVICES.

**5.      Warranties/Limitation of Liability**

A.      Warranty.        The Charging Station is covered by the terms of ChargePoint's standard parts only product Warranty (the "Warranty"), which will expire on one year from the date of installation. A copy of the

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

Warranty is included with this agreement. All applicable warranties with respect to the Charging Station are set forth in the Warranty, and are hereby incorporated by reference into this Agreement.

B. Post-Warranty Maintenance. Reseller acknowledges and agrees that in order to obtain warranty and/or other maintenance services for the Charging Stations after expiration of the Warranty, Reseller must purchase extended warranties and/or maintenance agreements directly from ChargePoint.

C. Disclaimer of Warranties. EXCEPT AS EXPRESSLY PROVIDED IN THIS SECTION 6, CHARGEPOINT MAKES NO WARRANTY WITH RESPECT TO THE PERFORMANCE OF THE CHARGING STATIONS, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE. CHARGEPOINT EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF NON-INFRINGEMENT OF THIRD PARTY RIGHTS BY CHARGING STATETIONS, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. CHARGEPOINT DOES NOT WARRANT UNINTERRUPTED OR ERROR FREE OPERATION OF CHARGING STATIONS. However, as between Reseller and CharePoint only, in the event of any conflict between the immediately preceding sentence and Section 7 of the Agreement, Section 7 shall control.

D. Limitation of Liability.

i. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN THIS AGREEMENT, EXCEPT FOR A PARTY'S INDEMNIFICATION OBLIGATIONS HEREUNDER, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES ARISING OUT OF THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED HEREUNDER, WHETHER FOR BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, AND WHETHER OR NOT SUCH PARTY OR ITS AGENTS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

ii. RESELLER'S SOLE REMEDY FOR ANY BREACH BY CHARGEPOINT OF ITS OBLIGATIONS OR WARRANTIES UNDER THE WARRANTY SHALL BE LIMITED TO, AT CHARGEPOINT'S OPTION, REPAIR OR REPLACEMENT OF THOSE CHARGING STATIONS TO WHICH SUCH BREACH IS APPLICABLE OR REFUND BY CHARGEPOINT OF ALL OR A PART OF THE PURCHASE PRICE OF THE NON-CONFORMING CHARGING STATIONS.

E. Warranty Exclusions. The Warranty set forth in this Agreement is subject to certain exclusions as more fully set forth in the Warranty. RESELLER HAS BEEN INFORMED AND UNDERSTANDS THAT, IN THE EVENT ANY SUCH EXCLUSION BECOMES APPLICABLE, ALL REPRESENTATIONS AND WARRANTIES CONTAINED IN THE WARRANTY SHALL IMMEDIATELY BECOME NULL AND VOID.

F. Exclusive Remedies. THE REMEDIES CONTAINED IN THIS SECTION 5 ARE RESELLER'S SOLE AND EXCLUSIVE REMEDIES AND ARE IN LIEU OF ANY OTHER RIGHTS OR REMEDIES RESELLER MAY HAVE AGAINST CHARGEPOINT WITH RESPECT TO NONCONFORMANCE OF THE CHARGING STATIONS.

**6. Intellectual Property**

A. Restrictions on Use Reseller shall not: (i) create derivative works based on the Charging Stations, (ii) copy, frame or mirror any part or content of the Charging Stations, (iii) reverse engineer any Charging Station, or (iv) access the Charging Stations for any improper purpose whatsoever, including, without limitation, in order to (A) build a competitive product or service, or (B) copy any features, functions, interface, graphics or "look and feel" of the Charging Stations.

DocuSign Envelope ID: 10F79345-FA02-47DF-8F9E-0D9C4F7CFB44

B.    Ownership of Intellectual Property    All right, title and interest in and to any intellectual property related in any way to the Charging Stations is, and shall remain, the exclusive property of ChargePoint, as between ClearPoint and Reseller.  For these purposes, the term "intellectual property" shall mean, all of a party's patents, patent applications, patent rights, copyrights, moral rights, algorithms, devices,  application programming interfaces, databases, data collections, diagrams, inventions, methods and processes (whether or not patentable), know-how, trade secrets, trademarks, service marks and other brand identifiers, network configurations and architectures, proprietary information, protocols, schematics, specifications, software (in any form, including source code and executable code), techniques, interfaces, URLs, web sites, works of authorship, and all other forms of technology, in each case whether or not registered with a governmental entity or embodied in any tangible form and all rights and forms of protection of a similar nature to any of the foregoing or having equivalent effect anywhere in the world in any way arising prior to or during the term of this Agreement.

DocuSign Envelope ID: 94C6C9C9-EF8A-4C2A-9CF8-2D0B6B2B4BF9

# ADDENDUM #1 TO RESELLER AGREEMENT

This Addendum #1 (the "**Addendum**") to Reseller Agreement, as amended (the "**Agreement**"), which was entered into by and between ChargePoint, Inc., a Delaware corporation ("**ChargePoint**"), and Future Energy Group, LLC (d/b/a Future Energy), a Michgan limited liability company ("**Reseller**"), on Novermber 27, 2019, is entered into and made effective on the date of last signature below (the "**Effective Date**"). ChargePoint and Reseller are also referred to herein individually as a "**Party**," and collectively as the "**Parties**."

Recitals

WHEREAS, Reseller and ChargePoint are Parties to the Agreement which addresses Reseller's ability to act as a reseller of ChargePoint Products and Services, including but not limited to the sale of ChargePoint Charging Stations, ChargePoint Cloud Services, and ChargePoint's full service and support programs for Charging Stations ("**Assure**"), to end-user customers ("**Customers**");

WHEREAS, Stellantis is a customer of Reseller and ChargePoint;

WHEREAS, an "**Affiliated Dealer**" means a Stellantis dealership who is appointed by Stellantis to sell new Stellantis-brand vehicles;

WHEREAS, a "**Related Dealer**" means an automotive dealership other than a Stellantis dealership that is owned by an Affiliated Dealer;

WHEREAS, "**Territory**" means the Affiliated Dealers and Related Dealers in the United States, Canada, and Mexico (once Chargepoint is able to sell ChargePoint Products in Mexico);

WHEREAS, Reseller will transact and facilitate the relationship with Stellantis and its Affiliated Dealers and Related Dealers for purchases of ChargePoint Products and Services (the "**Stellantis Program**") in the Territory; and

WHEREAS, Reseller and ChargePoint desire to, and hereby do, enter into this Addendum to set forth the applicable obligations of each Party to support the Stellantis Program.

NOW, THEREFORE, the Parties hereto agree as follows:

1. Definitions. Capitalized terms used and not defined in this Addendum shall have the meanings ascribed to them in the Agreement.

2. Order of Precedence. In the event of a conflict between this Addendum and the Agreement, this Addendum shall prevail with respect to the subject matter herein. Except as expressly provided in this Addendum, all the terms and conditions of the Agreement are and shall remain in full force and effect and are hereby ratified and confirmed by the Parties.

3. Stellantis Program Channels; Stellantis Program Order Management; Reseller Terms;
   a. Stellantis Program Channels. Reseller shall (a) solicit orders for ChargePoint Products and Services within the Territory, (b) purchase ChargePoint Products and Services from ChargePoint pursuant to the Terms and Conditions of Purchase or Master Services Subscription Agreement, as applicable, (c) resell the ChargePoint Products and Services to Affiliated Dealers and Related Dealers via the authorized Stellantis dealer portal pursuant to the Terms and Conditions of Purchase or Master Services Subscription Agreement, as applicable; and (d) be solely responsible for collecting payment from all the Affiliated Dealers and Related Dealers ordering the ChargePoint Products and Services. All costs of resale, solicitation, distribution and collection shall be borne solely by Reseller.
   b. Stellantis Program Order Management.
      i. Purchase of ChargePoint Products. The Terms and Conditions of Purchase govern the (i) Reseller's purchase of ChargePoint Stations from ChargePoint; and (ii) Affiliated Dealers' or Related Dealers' purchase of ChargePoint Stations from

Reseller. Hereinafter, "**Buyer**" shall refer to either a Reseller, Affiliated Dealer, or Related Dealer, as the case may be. Buyer's initial purchase and all future purchases of ChargePoint Products made by Buyer shall be made by binding, written purchase order specifying the number and model of ChargePoint Products desired to be purchased, requested delivery schedule. Any additional printed terms and conditions in Buyer's purchase order conflicting with, varying or adding to the terms and conditions of the Terms and Conditions of Purchase, shall be of no force and effect, unless the parties hereto agree in writing, in advance, to accept such terms and conditions. For the purposes of this Addendum, all invoices issued under this Addendum shall be paid within eighty (80) days of the invoice date, provided that if Reseller has two (2) or more late payments in any given twelve (12) month period, ChargePoint may change the payment terms under this Addendum to sixty (60) days of the invoice date upon written notice.

ii. Acceptance of Purchase Orders. All purchase orders and modifications to purchase orders are subject to acceptance or rejection by ChargePoint in its sole discretion. No purchase order shall be binding upon ChargePoint unless and until so accepted in writing by ChargePoint. ChargePoint agrees to use commercially reasonable efforts to notify Buyer of its acceptance or rejection of Buyer's order within ten (10) business days after receipt thereof. Any purchase order accepted by ChargePoint is referred to in the Terms and Conditions of Purchase as, an "**Accepted Order**." Unless otherwise specified, Accepted Orders are non-refundable and non-exchangeable after purchase.

iii. Refusal of Purchase Orders. ChargePoint may withhold shipments to Buyer if Buyer has exceeded its applicable credit limit, if any, and not provided for prepayment, is in violation of its payment obligations or otherwise is in material breach of the Terms and Conditions of Purchase.

c. Designated Resources. The Parties agree to designate specific staff to maximize the performance of their respective obligations undertaken pursuant to this Addendum including program management, solutions engineering support, customer success, and post-sales support. The Parties will work in good faith to develop best practices to support the foregoing and will negotiate in good faith on future products offerings regarding the same. Each Party will provide defined escalations paths in the event of any issues.

4. Delivery.

a. Shipping Costs; Terms. Standard freight costs are not included in purchase price, unless otherwise agreed to by ChargePoint in writing. Buyer shall be responsible for all costs of insurance, warehousing, expedited freight and other charges. Standard freight means shipment from ChargePoint warehouse to location designated by the Reseller, Affiliated Dealer, or Related Dealer. Any freight movement between Reseller, Affiliated Dealer, or Related Dealer location and any Customer are not the responsibility of ChargePoint. Unless otherwise agreed in writing, all ChargePoint Stations ordered by Buyer shall be packed for shipment and storage in accordance with ChargePoint's standard commercial practices. It is Buyer's obligation to notify ChargePoint of any special packaging requirements (which shall be at Reseller's expense). All shipping dates are approximate and are based upon prompt receipt of all necessary information from Buyer. In no event shall ChargePoint be liable for any costs related to delay in delivery of the ChargePoint Stations.

b. Transfer of Title. Risk of loss and damage to the ChargePoint Stations shall pass to Buyer upon delivery to the Reseller, Affiliated Dealer, or Related Dealer. Notwithstanding the foregoing, delivery shall be deemed made upon transfer of possession to the carrier at ChargePoint warehouse. All claims for non-conforming shipments must be made in writing to ChargePoint within twenty (20) days of the passing of title and risk of loss and damage, as described above. Any claims not made within such period shall be deemed waived and released.

5. Volume Pricing; Forecasting.

a. Pricing for ChargePoint Products and Services offered under this Addendum shall be based on the price list set forth in Exhibit A, which is hereby incorporated by reference.

DocuSign Envelope ID: 94C6C9C9-EF8A-4C2A-9CF8-2D0B6B2B4BF9

b. On a monthly basis, Reseller will provide to ChargePoint a rolling, non-binding eighteen (18) month forecast of its requirements for the ChargePoint Products and Services, including the requirements from the Affiliated Dealers and Related Dealers.

6. End of Production Notices. ChargePoint shall use commercially reasonable efforts to provide at least sixty (60) days prior written notice to Reseller prior to ending production of any ChargePoint Products or Services sold under this Addendum.

7. Recalls. In the event that Supplier plans to initiate a recall (such as one required by applicable law) for any ChargePoint Products or Services supplied under this Addendum which are defectively designed or manufactured, and/or which fail to comply with applicable law including but not limited to safety, equipment and emission laws, rules and regulations (each, a "**Recall**"), ChargePoint shall provide Reseller with prompt advance written notice of such planned Recall. Such notice shall include terms of ChargePoint's plan for communication with Customers who are the end owners of such ChargePoint Products or Services, the scope of such Recall, and ChargePoint's plan for carrying out such Recall.

8. Installation. During the Term of this Addendum, Reseller shall assist Affiliated Dealers with arranging for the installation of ChargePoint Products. If Reseller or any Affiliated Dealers intends to perform (including via a third party installer), installation services for any Customer, Reseller represents to ChargePoint that Reseller and such Affiliated Dealer have, and will have, all necessary licenses, permits and other authorizations necessary in order to perform its obligations on behalf of the Customers.

9. Relationship Terms for the Stellantis Program.
    a. Non-Solicitation of Customers.
        i. During the term of the Addendum and for ninety (90) days from the effective date of termination, ChargePoint shall not knowingly solicit or attempt to solicit Affiliated Dealers that are current Customers of Reseller, provided that the foregoing does not apply to renewal or customer success engagements. If ChargePoint becomes aware of a potential conflict, it shall notify the Reseller in good faith before proceeding in any deal. Any breach of this section shall be deemed a material breach of this Addendum.
        ii. Section 9(a)(i) of this Addendum is not applicable in the event (1) Stellantis gives ChargePoint formal notice that it has ended its relationship with Reseller, or (2) Stellantis specifically desires to work with ChargePoint directly.
    b. Non-Disparagement.
        i. During the term of the Addendum and for one (1) year from the termination hereof, both Parties shall refrain from making any disparaging statement regarding the other Party (orally, in writing, or electronically), including the other Party's officers, directors, employees, shareholders, subsidiaries, and affiliates. Any breach of this section shall be deemed a material breach of this Addendum.
    c. Public Announcements.
        i. Neither Party (the "**First Party**") shall publicly announce, publish, or disclose the Stellantis Program, Affiliated Dealers, or the relationship of the Parties hereunder without providing the other Party (the "**Second Party**") an advance copy of any such disclosure, publication, or announcement. The Second Party may provide feedback to the First Party regarding such disclosure, publication, or announcement, but the final content of all such disclosures, publications, or announcements shall be determined by First Party in its discretion.

10. Right to Perform Renewal of ChargePoint Cloud Services and Assure.
    a. Reseller may perform prompt and timely renewals of ChargePoint Cloud and Assure Services for Customers that made the initial purchase through Reseller in accordance with the following:
        i. Reseller must have made the original sale to the Customer.
        ii. If the Customer requests ChargePoint take over the renewal, then ChargePoint takes over and owns the renewal process for Customer.
        iii. If the Customer requests that the Reseller take over the renewal process, then

DocuSign Envelope ID: 94C6C9C9-EF8A-4C2A-9CF8-2D0B6B2B4BF9

ChargePoint turns account over to the Resller. ChargePoint will provide minimum requirements for renewals within sixty (60) days of the Effective Date.

b. Renewals Benefit Overview:
   i. Reseller must maintain greater than 85% combined renewal rate from previous quarter in order to qualify for the following discount off current published retail price.
      - 15% off ChargePoint Enterprise Cloud
      - 15% off Assure

c. ChargePoint will work with Reseller on a monthly basis to provide the following:
   i. Send monthly notices to Reseller showing the Customers that are within ninety (90) days of their ChargePoint Cloud Service and Assure subscription expiration dates.
   ii. Send notices to the Customers within ninety (90) days of their applicable ChargePoint Cloud Services and Assure subscription expiration date. Notices will instruct the Customer to contact Reseller in order to submit a purchase order for renewal and Reseller will be copied on these notices.

d. Reseller will have the following responsibilities:
   i. Acknowledge receipt once a month of the Customer list provided by ChargePoint under Section 10(c)(i) and respond with a list of which Customers Reseller will target for renewals.
   ii. If renewals are not closed by Reseller at least fourteen (14) days prior to applicable subscription expiration date, ChargePoint will take over, notify Reseller of the same, and handle the renewal directly.

11. Enterprise Cloud Services. ChargePoint shall provide Enterprise Cloud Services for the same rate as Commercial Cloud Services, as set forth in the Exhibit A.

12. Term of Addendum; Termination.
   a. The term of this Addendum will commence as of the Effective Date and end on the seventh anniversary of the Effective Date, unless terminated earlier as set forth herein (the "**Term**"). Thereafter, this Addendum shall automatically terminate unless the Parties agree otherwise in writing.
   b. Notwithstanding anything in this Addendum to the contrary, either Party may terminate the Addendum by giving no less than ninety (90) days' prior notice to the other Party.
   c. If either Party breaches any of its duties or obligations under the Addendum, and such breach (if capable of cure) is not cured within thirty (30) calendar days after written notice thereof from the non-breaching Party, the non-breaching Party may terminate the Addendum. In the event of any such breach, the breaching Party may request a period in excess of thirty (30) days in which to cure such material breach, which may be granted by the non-breaching Party in its sole discretion.
   d. Effect of Termination. Upon termination of this Addendum: (i) the due dates of all outstanding invoices to ChargePoint will remain due and payable on the date of the applicable invoices; (ii) all orders or portions thereof remaining undelivered on the date of termination or expiration will continue to be fulfilled so long as Reseller continues to fulfill its payment obligations for the applicable orders; (iii) Reseller will promptly return all confidential information belonging to ChargePoint in its possession or control, and will provide ChargePoint with a certification, signed by one of its officers, certifying the return and destruction of all such confidential information in its possession or control; l; and (iv) Reseller will ensure that any continued use of ChargePoint's Trademarks by Reseller, Affiliated Dealers, Related Dealers will be in accordance with the Branding Guidelines set forth in the Agreement.

13. Warranty.
   a. Each ChargePoint Product or Service shall be covered by the applicable warranty furnished by ChargePoint (the "**Warranty**"), which shall run to the Customer of the ChargePoint Product or Service for the duration of the period specified in such Warranty. The Warranty offered by ChargePoint to each Customer of any ChargePoint Products or Services sold under this

Addendum shall be no less favorable (in terms of scope, duration or any other aspect) than the warranty offered on the same Product or Services to any other purchaser thereof (regardless of how or where such Product or Service is purchased).

b. Warranty Administration. ChargePoint shall be solely responsible for the administration and resolution of Warranty claims relating to ChargePoint Products or Services sold under this Addendum. ChargePoint shall administer the Warranty and its return policies in accordance with the applicable industry standards and good business practices. ChargePoint agrees to (a) promptly notify Reseller of any occurrences or changes that may impact the enforceability of the Warranty, and (b) provide reasonable prior written notice to Reseller of any changes to the content of the Warranty, including a copy of the proposed modified Warranty.

c. Disclaimer of Warranties. THE PARTIES ACKNOWLEDGE AND AGREE THAT RESELLER IS NOT A WARRANTOR FOR ANY CHARGEPOINT PRODUCTS OR SERVICES. THE PARTIES FURTHER ACKNOWLEDGE THAT RESELLER EXPRESSLY DISCLAIMS ALL WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, OF ANY KIND AS TO THE CHARGEPOINT PRODUCTS OR SERVICES, INCLUDING MERCHANTABILITY; FITNESS FOR ANY PARTICULAR PURPOSE; DESIGN; CONDITION; QUALITY; CAPACITY; DURABILITY; CAPABILITY; SUITABILITY OR WORKMANSHIP; NON-INTERFERENCE OR NON-INFRINGEMENT OF ANY PATENT OR OTHER INTELLECTUAL PROPERTY RIGHTS; OR COMPLIANCE WITH ANY LAW, RULE, OR SPECIFICATION.

14. Miscellaneous.

a. Entire Agreement. This Addendum constitutes the entire agreement between the Parties with respect to the subject matter contained herein and supersedes all prior and contemporaneous understandings and agreements, both written and oral, with respect to such subject matter.

b. Headings. The headings in this Addendum are for reference only and do not affect the interpretation of this Addendum.

c. Successors and Assigns. This Addendum shall inure to the benefit of and be binding upon each of the Parties and their respective permitted successors and permitted assigns.

d. Authority. Each of Reseller and ChargePoint represents and warrants that it has the power and authority to enter into this Addendum.

e. Governing Law. This Addendum is governed by and construed in accordance with the laws of the jurisdiction that governs the Agreement.

f. Counterparts. This Addendum may be executed in counterparts, each of which is deemed an original, but all of which constitute one and the same agreement. Delivery of an executed counterpart of this Addendum electronically shall be effective as delivery of an original executed counterpart of this Addendum.

g. Survival. All provisions of this Addendum that by its nature extends beyond the expiration, termination, or cancellation of this Addendum shall remain in full force and effect until fulfilled or performed and shall inure to the benefit of and be binding upon ChargePoint and Reseller and their respective successors and permitted assigns.

[*Rest of page intentionally left blank; signature page follows.*]

IN WITNESS WHEREOF, the Parties hereto have executed this Addendum on the Effective Date.

Reseller:

| Future Energy Group, LLC (d/b/a Future Energy) | ChargePoint, Inc. |
|---|---|
| Signature: DocuSigned by: Michael Abraham, Jr. AB268B4815B247F... | Signature: DocuSigned by: Henrik Gerdes 0273ECE89F57429... |
| Name: Michael Abraham, Jr. | Name: Henrik Gerdes |
| Title: Chief Operating Officer | Title: Chief Accounting Officer, ChargePoint Inc. |
| Date: 3/8/2022 | Date: 3/8/2022 |
| Address: 3250 West Big Beaver Road Suite 520, Troy, MI 48084 | Address: 254 E. Hacienda Ave Campbell, CA 95008 |

DocuSign Envelope ID: 94C6C9C9-EF8A-4C2A-9CF8-2D0B6B2B4BF9

Exhibit A

**Stellantis Price List US Effective April 2022**

| Product Category | Product Family | Order Code | USD List Price | Future NET | Recommended Dealer NET |
|---|---|---|---|---|---|
| Home Residential Charging Stations | L2 Hardware | CPH50-NEMA6-50-L23 | $699 | $580 | $699 |
| Home Residential Charging Stations | L2 Hardware | CPH50-NEMA14-50-L23 | $699 | $580 | $699 |
| | **CT4000** | | | | |
| CT4000 Charging Station Kits | L2 Hardware | CT4001-CCM | $95 | $71 | $95 |
| CT4000 Charging Station Kits | L2 Hardware | CT4000-PMGMT | $50 | $38 | $50 |
| CT4000 | Assure | CT4000-ASSURE1 | $740 | $555 | $592 |
| CT4000 | Assure | CT4000-ASSURE5 | $2,495 | $1,871 | $1,996 |
| CT4000 | Cloud | CPCLD-ENTERPRISE-1 | $329 | $280 | $329 |
| CT4000 | Cloud | CPCLD-ENTERPRISE-5 | $1,319 | $1,121 | $1,319 |
| CT4000 | L2 Hardware | CT4011-GW1 | $5,010 | $3,257 | $3,758 |
| CT4000 | L2 Hardware | CT4013-GW1 | $5,010 | $3,257 | $3,758 |
| CT4000 | L2 Hardware | CT4021-GW1 | $7,210 | $4,687 | $5,408 |
| CT4000 | L2 Hardware | CT4023-GW1 | $7,210 | $4,687 | $5,408 |
| CT4000 | Services | CPSUPPORT-ACTIVE | $349 | $0 | $0 |
| CT4000 | Services | CPSUPPORT-SITEVALID | $599 | $0 | $0 |
| | **CPF50** | | | | |
| CPF50 | Services | CPF-ACTIVE | $100 | $0 | $0 |
| CPF50 | Assure | CPF-ASSURE1 | $200 | $150 | $180 |
| CPF50 | Assure | CPF-ASSURE5 | $675 | $506 | $540 |
| CPF50 | Cloud | CPCLD-POWER-1 | $219 | $186 | $219 |
| CPF50 | Cloud | CPCLD-POWER-5 | $879 | $747 | $879 |
| CPF50 | L2 Hardware | CPF50-L18 | $1,500 | $900 | $1,050 |
| CPF50 | L2 Hardware | CPF50-L23 | $1,550 | $930 | $1,085 |
| CPF50 | L2 Hardware | CPF50-L18-PEDMNT | $2,500 | $1,500 | $1,750 |
| CPF50 | L2 Hardware | CPF50-L23-PEDMNT | $2,550 | $1,530 | $1,785 |
| CPF50 | L2 Hardware | CPF50-L18-PEDMNT-CMK6 | $3,130 | $1,878 | $2,191 |
| CPF50 | L2 Hardware | CPF50-L23-PEDMNT-CMK8 | $3,780 | $2,268 | $2,646 |
| CPF50 | L2 Hardware | CPF50-L18 WALLMNT-CMK6 | $2,630 | $1,578 | $1,841 |
| CPF50 | L2 Hardware | CPF50-L23 WALLMNT-CMK8 | $3,280 | $1,968 | $2,296 |
| CPF50 | L2 Hardware | CPF50-L18-PEDMNT- Dual | $3,775 | $2,265 | $2,643 |
| CPF50 | L2 Hardware | CPF50-L23-PEDMNT-Dual | $3,875 | $2,325 | $2,713 |
| CPF50 | L2 Hardware | CPF50-L18-PEDMNT-CMK6-Dual | $4,655 | $2,793 | $3,259 |
| CPF50 | L2 Hardware | CPF50-L23-PEDMNT-CMK8-Dual | $5,355 | $3,213 | $3,749 |
| CPF50 | L2 Hardware | CPGW1-LTE | $0 | 0 | 0 |
| CPF50 | Services | CPSUPPORT-SITEVALID | $599 | $0 | $0 |

DocuSign Envelope ID: 94C6C9C9-EF8A-4C2A-9CF8-2D0B6B2B4BF9

Exhibit A

## CPE250 DC Fast

| | | | | | |
|---|---|---|---|---|---|
| CPF250 | Cloud | CPCLD-ENTERPRISE-DC-1 | $1,199 | $1,019 | $1,019 |
| CPF250 | Cloud | CPCLD-ENTERPRISE-DC-5 | $4,799 | $4,079 | $4,079 |
| CPE250 | Assure | CPE250-ASSURE-1 | $4,200 | $3,570 | $3,780 |
| CPE250 | Assure | CPE250-ASSURE-5 | $15,500 | $13,175 | $13,950 |
| CPE250 | L3 Hardware | CPE250C-625-CCS1-CHD | $40,800 | $32,640 | $36,720 |
| CPE250 | L3 Hardware | CPE250-CMT-METRIC | $799 | $0 | $0 |
| CPE250 | L3 Hardware | CPE250-CMT-IMPERIAL | $799 | $0 | $0 |
| CPE250 | Services | CPSUPPORT-ACTIVE | $349 | $0 | |
| CPE250 | Services | CPE250-SITEVALID | $600 | $0 | |

DocuSign Envelope ID: 94C6C9C9-EF8A-4C2A-9CF8-2D0B6B2B4BF9

Stellantis Price List CAD

| Product Category | Product Family | Order Code | CAD List Price | Stellantis Pricing CAD | Product Description | Other Important Details |
|---|---|---|---|---|---|---|
| Home Residential Charging Station | CPH Hardware | CPH50-NEMA6-50-L23 | $999 | N/A | Single Port, Wall Mount, 16A-50A, Type 1, NEMA 6-50, Cable 23' | ChargePoint Home Stations cannot be returned for exchange or for stock balance. All sales final. Not for Commercial sale. For installations in Single Family Homes only. Warranty valid for single-family application only. Resellers wishing to sell Home solutions are required to sign the Home addendum agreement. Pricing subject to change and is confidential. Minimum order quantity is 12 units per order (can be a mix of configurations). Ground shipping included for all US Home orders. CPH50 unit pricing at order volume tiers: 12-23 units at $615 (12% discount); 24-47 units at $594 (15%); 48-96 units at $580 (17%). Free shipping. |
| Home Residential Charging Station | CPH Hardware | CPH50-NEMA14-50-L23 | $999 | N/A | Single port, type 1 cable, Single Phase, NEMA 14-50 Plug without 15' 18 support | ChargePoint Home Stations cannot be returned for exchange or for stock balance. All sales final. Not for Commercial sale. For installations in Single Family Homes only. Warranty valid for single-family application only. Resellers wishing to sell Home solutions are required to sign the Home addendum agreement. Pricing subject to change and is confidential. Minimum order quantity is 12 units per order (can be a mix of configurations). Ground shipping included for all US Home orders. CPH50 unit pricing at order volume tiers: 12-23 units at $615 (12% discount); 24-47 units at $594 (15%); 48-96 units at $580 (17%). Free shipping. |
| CT4000 Charging Station Kits | CT4K Hardware | CT4001-CCM | $115 | $75 | CT4000 Bollard Concrete Mounting Kit. Bolts: 5/8 - 11 x 9? F1554 Grade 55 hot-dipped galvanized threaded bolts - 3 ea. Nuts: 5/8 - Heavy Galvanized Hex Nuts (DH Rated) - 12 ea. Washers: Galvanized Washers (ASTM F436) - 9 ea. Plastic Template - 1 ea. | |
| CT4000 Charging Station Kits | CT4K Hardware | CT4000-PMGMT | $55 | $36 | CT4000 Power Management Kit. Allows both ports on a dual port station to share a single 40A circuit (Power Share). Also allows a CT4000 to be set up to operate at a lower current (Power Select). | |
| CT4000 | L2 Assure | CT4000-ASSURE1 | $980 | $833 | 1 prepaid year of ChargePoint Assure for CT4000 stations. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | |
| CT4000 | L2 Assure | CT4000-ASSURE2 | $1,865 | $1,585 | 2 prepaid years of ChargePoint Assure for CT4000 stations. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | |
| CT4000 | L2 Assure | CT4000-ASSURE3 | $2,730 | $2,321 | 3 prepaid years of ChargePoint Assure for CT4000 stations. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | |
| CT4000 | L2 Assure | CT4000-ASSURE4 | $3,255 | $2,767 | 4 prepaid years of ChargePoint Assure for CT4000 stations. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | |
| CT4000 | L2 Assure | CT4000-ASSURE5 | $3,300 | $2,805 | 5 prepaid years of ChargePoint Assure for CT4000 stations. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | Site Validation and Activation are free if purchasing CT4000-ASSURE5. |
| CT4000 | L2 Assure | CT4000-ASSURE1-COMMIT | $1,080 | $918 | 1 committed year of ChargePoint Assure for CT4000 stations. Billing occurs annually. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | For Assure Commit plans, partners must submit purchase order for full term amount and ChargePoint will invoice annually. |
| CT4000 | L2 Assure | CT4000-ASSURE2-COMMIT | $1,080 | $918 | 2 committed years of ChargePoint Assure. Billing occurs annually. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | For Assure Commit plans, partners must submit purchase order for full term amount and ChargePoint will invoice annually. |
| CT4000 | L2 Assure | CT4000-ASSURE3-COMMIT | $1,025 | $871 | 3 committed years of ChargePoint Assure. Billing occurs annually. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | For Assure Commit plans, partners must submit purchase order for full term amount and ChargePoint will invoice annually. |
| CT4000 | L2 Assure | CT4000-ASSURE4-COMMIT | $970 | $825 | 4 committed years of ChargePoint Assure. Billing occurs annually. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | For Assure Commit plans, partners must submit purchase order for full term amount and ChargePoint will invoice annually. |
| CT4000 | L2 Assure | CT4000-ASSURE5-COMMIT | $796 | $676 | 5 committed years of ChargePoint Assure. Billing occurs annually. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | For Assure Commit plans, partners must submit purchase order for full term amount and ChargePoint will invoice annually. Site Validation and Activation are 50% off List price if purchasing CT4000-ASSURE5-COMMIT. |
| CT4000 | Cloud | CPCLD-COMMERCIAL-1 | $296 | $251 | Prepaid Commercial Cloud Plan subscription with station management features such as: Custom Video Uploads and Automatic Software Updates, driver and fleet management features including: Access Control and Pricing & Automatic Payment Collection, as well as energy and power management features which include Power Sharing. Real-time dashboards and reports provided for applicable features. Station Activation purchase required. | |
| CT4000 | Cloud | CPCLD-COMMERCIAL-2 | $525 | $446 | Prepaid Commercial Cloud Plan subscription with station management features such as: Custom Video Uploads and Automatic Software Updates, driver and fleet management features including: Access Control and Pricing & Automatic Payment Collection, as well as energy and power management features which include Power Sharing. Real-time dashboards and reports provided for applicable features. Station Activation purchase required. | |
| CT4000 | Cloud | CPCLD-COMMERCIAL-3 | $740 | $629 | Prepaid Commercial Cloud Plan subscription with station management features such as: Custom Video Uploads and Automatic Software Updates, driver and fleet management features including: Access Control and Pricing & Automatic Payment Collection, as well as energy and power management features which include Power Sharing. Real-time dashboards and reports provided for applicable features. Station Activation purchase required. | |
| CT4000 | Cloud | CPCLD-COMMERCIAL-4 | $955 | $812 | Prepaid Commercial Cloud Plan subscription with station management features such as: Custom Video Uploads and Automatic Software Updates, driver and fleet management features including: Access Control and Pricing & Automatic Payment Collection, as well as energy and power management features which include Power Sharing. Real-time dashboards and reports provided for applicable features. Station Activation purchase required. | |
| CT4000 | Cloud | CPCLD-COMMERCIAL-5 | $1,190 | $985 | Prepaid Commercial Cloud Plan subscription with station management features such as: Custom Video Uploads and Automatic Software Updates, driver and fleet management features including: Access Control and Pricing & Automatic Payment Collection, as well as energy and power management features which include Power Sharing. Real-time dashboards and reports provided for applicable features. Station Activation purchase required. | |
| CT4000 | Cloud | CPCLD-ENTERPRISE-1 | $479 | $251 | Prepaid Enterprise Cloud Plan subscription with advanced station management features such as: Station Activation, Custom Video Uploads, and Automatic Software Updates, driver and fleet management features including: Access Control and Pricing & Automatic Payment Collection, as well as advanced energy and power management features which include: Time of Use Power Sharing and Energy Management APIs. Real-time dashboards and reports provided for applicable features including 15 min meter data readings and associated advanced energy reports. | |
| CT4000 | Cloud | CPCLD-ENTERPRISE-2 | $857 | $446 | Prepaid Enterprise Cloud Plan subscription with advanced station management features such as: Station Activation, Custom Video Uploads, and Automatic Software Updates, driver and fleet management features including: Access Control and Pricing & Automatic Payment Collection, as well as advanced energy and power management features which include: Time of Use Power Sharing and Energy Management APIs. Real-time dashboards and reports provided for applicable features including 15 min meter data readings and associated advanced energy reports. | |
| CT4000 | Cloud | CPCLD-ENTERPRISE-3 | $1,209 | $629 | Prepaid Enterprise Cloud Plan subscription with advanced station management features such as: Station Activation, Custom Video Uploads, and Automatic Software Updates, driver and fleet management features including: Access Control and Pricing & Automatic Payment Collection, as well as advanced energy and power management features which include: Time of Use Power Sharing and Energy Management APIs. Real-time dashboards and reports provided for applicable features including 15 min meter data readings and associated advanced energy reports. | |
| CT4000 | Cloud | CPCLD-ENTERPRISE-4 | $1,560 | $812 | Prepaid Enterprise Cloud Plan subscription with advanced station management features such as: Station Activation, Custom Video Uploads, and Automatic Software Updates, driver and fleet management features including: Access Control and Pricing & Automatic Payment Collection, as well as advanced energy and power management features which include: Time of Use Power Sharing and Energy Management APIs. Real-time dashboards and reports provided for applicable features including 15 min meter data readings and associated advanced energy reports. | |
| CT4000 | Cloud | CPCLD-ENTERPRISE-5 | $1,824 | $985 | Prepaid Enterprise Cloud Plan subscription with advanced station management features such as: Station Activation, Custom Video Uploads, and Automatic Software Updates, driver and fleet management features including: Access Control and Pricing & Automatic Payment Collection, as well as advanced energy and power management features which include: Time of Use Power Sharing and Energy Management APIs. Real-time dashboards and reports provided for applicable features including 15 min meter data readings and associated advanced energy reports. | |
| CT4000 | CT4K Hardware | CT4011-CWP | $6,555 | $4,280 | Single Output Gateway North America, Bollard Unit - 208/240V @30A with Cable Management | |
| CT4000 | CT4K Hardware | CT4013-CWP | $6,555 | $4,280 | Single Output Gateway North America, Wall Mount Unit - 208/240V @30A with Cable Management | |
| CT4000 | CT4K Hardware | CT4021-CWP | $9,175 | $5,954 | Dual Output Gateway North America, Bollard Unit - 208/240V @30A with Cable Management | |
| CT4000 | CT4K Hardware | CT4023-CWP | $9,175 | $5,954 | Dual Output Gateway North America, Wall Mount Unit - 208/240V @30A with Cable Management | |
| CT4000 | CT4K Hardware | CT4025-CWP | $10,255 | $5,995 | Dual Output Gateway North America, Bollard Unit - 208/240V @30A with 8' Cable Management (23' Cords) | |
| CT4000 | CT4K Hardware | CT4027-CWP | $10,255 | $5,995 | Dual Output Gateway North America, Wall Mount Unit - 208/240V @30A with 8' Cable Management (23' Cords) | |
| CT4000 | Services | CPSUPPORT-ACTIVE | $395 | $336 | Initial Station Activation & Configuration Service includes activation of cloud services and configuration of radio groups, custom groups, connections, access control, visibility control, pricing, reports and alerts. One time initial service per station. | |
| CT4000 | Services | CT4000-INSTALLVALID | $1,500 | $1,275 | Customer works with their own contractor to perform all construction up to the point where the stations can be bolted down and connected. ChargePoint will then engage an authorized ChargePoint Partner to install the station on the prepared site and perform a Site Validation. This includes validating that the electrical capacity, transformers, panels, breakers, wiring, cellular coverage and station installation all meet ChargePoint published requirements and local codes. Upon successful Site Validation, the customer will be eligible to obtain warranty coverage under a ChargePoint Maintenance plan, sold separately. Note, a failed Site Validation will incur a second validation fee to re-test the validation after the site deficiencies are corrected. Priced per CT4000 station. | Volume Discounts off List Price available for INSTALLVALID: $60 off for 5-10 Stations, $120 off for 11 or more. |
| CT4000 | Services | CPSUPPORT-SITEVALID | $750 | $638 | Customer works with their own contractor to perform all construction and station installation services. ChargePoint will then engage an authorized ChargePoint Partner to perform Site Validation of electrical capacity, transformers, panels, breakers, wiring, cellular coverage and that the station installation meets all ChargePoint published requirements and local codes. Upon successful Site Validation, the customer will be eligible to obtain warranty coverage under a ChargePoint Maintenance plan, sold separately. Note, a failed Site Validation will incur a second validation fee to repeat the validation after the site deficiencies are corrected. Priced per AC station. | |
| CT4000 | Services | PARTNER-SELFVALID | $0 | $0 | Customer works with a self-validating Channel Partner to perform all construction and station installation services. This includes Site Validation of electrical capacity, transformers, panels, breakers, wiring, cellular coverage and that the station installation meets all ChargePoint published requirements and local codes. The name of the self-validating Channel Partner must be indicated on the Channel Partner purchase order. Upon confirmation of successful Site Validation by self-validating partner, the customer will be eligible to obtain warranty coverage under a ChargePoint Maintenance plan, sold separately. | |
| CPH50 Multifamily | Services | CPCLD-MFHS | $0 | $0 | Cloud Connectivity for Multifamily Home Service | The Multifamily Home Service Plan, Site Activation, and Site Validation are required to activate CPH25 Personal Charging Stations for each order. Assure is not available for Multifamily. |
| CPH50 Multifamily | Services | CPMFHS-ACTIVE | $0 | $0 | Multifamily Home Service Site Activation. Initial Station Activation & Configuration Service. Activation of cloud services and configuration of radio groups, custom groups, connections, access control, visibility control, pricing, reports and alerts. One time initial service per site. | The Multifamily Home Service Plan, Site Activation, and Site Validation are required to activate CPH25 Personal Charging Stations for each order. Assure is not available for Multifamily. |
| CPH50 Multifamily | Services | CPH-INSTALLVALID | $1,597 | $1,357 | Customer works with their own contractor to perform all construction up to the point where the stations can be bolted down and connected. ChargePoint will then engage an authorized ChargePoint Partner to install the station on the prepared site and perform a Site Validation. This includes validating that the electrical capacity, transformers, panels, breakers, wiring, cellular coverage and station installation all meet ChargePoint published requirements and local codes. Upon successful Site Validation, the customer will be eligible to obtain warranty coverage under a ChargePoint Maintenance plan, sold separately. Note, a failed Site Validation will incur a second validation fee to re-test the validation after the site deficiencies are corrected. Priced per CPH station. | The Multifamily Home Service Plan, Site Activation, and Site Validation are required to activate CPH25 Personal Charging Stations for each order. Assure is not available for Multifamily. |
| CPH50 | Services | CPH-ACTIVE | $125 | $106 | Fleet Application Only - Initial Station Activation & Configuration Service - Activation of cloud services and configuration of radio groups, custom groups, connections, access control, visibility control, pricing, reports and alerts. One time initial service per station port. | |
| CPH50 | L2 Assure | CPH-ASSURE1 | $265 | $225 | 1 prepaid year of ChargePoint Assure for CPH stations. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | |
| CPH50 | L2 Assure | CPH-ASSURE2 | $460 | $391 | 2 prepaid years of ChargePoint Assure for CPH stations. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | |
| CPH50 | L2 Assure | CPH-ASSURE3 | $670 | $570 | 3 prepaid years of ChargePoint Assure for CPH stations. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | |
| CPH50 | L2 Assure | CPH-ASSURE4 | $865 | $735 | 4 prepaid years of ChargePoint Assure for CPH stations. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | |
| CPH50 | L2 Assure | CPH-ASSURE5 | $895 | $762 | 5 prepaid years of ChargePoint Assure for CPH stations. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | Site Validation and Activation are free if purchasing CPH-ASSURE5. |
| CPH50 | L2 Assure | CPH-ASSURE1-COMMIT | $270 | $230 | 1 committed year of ChargePoint Assure for CPH stations. Billing occurs annually. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | For Assure Commit plans, partners must submit purchase order for full term amount and ChargePoint will invoice annually. |
| CPH50 | L2 Assure | CPH-ASSURE2-COMMIT | $270 | $230 | 2 committed years of ChargePoint Assure for CPH stations. Billing occurs annually. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | For Assure Commit plans, partners must submit purchase order for full term amount and ChargePoint will invoice annually. |
| CPH50 | L2 Assure | CPH-ASSURE3-COMMIT | $230 | $196 | 3 committed years of ChargePoint Assure for CPH stations. Billing occurs annually. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | For Assure Commit plans, partners must submit purchase order for full term amount and ChargePoint will invoice annually. |
| CPH50 | L2 Assure | CPH-ASSURE4-COMMIT | $225 | $191 | 4 committed years of ChargePoint Assure for CPH stations. Billing occurs annually. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | For Assure Commit plans, partners must submit purchase order for full term amount and ChargePoint will invoice annually. |
| CPH50 | L2 Assure | CPH-ASSURE5-COMMIT | $185 | $157 | 5 committed years of ChargePoint Assure for CPH stations. Billing occurs annually. Includes Parts and Labor Warranty, Remote Technical Support, On-Site Repairs when needed, Unlimited Configuration Changes, and Reporting. | For Assure Commit plans, partners must submit purchase order for full term amount and ChargePoint will invoice annually. Site Validation and Activation are 50% off List price if purchasing CPH-ASSURE5-COMMIT. |
| CPH50 | Cloud | CPCLD-POWER-1 | $210 | $179 | Prepaid Power Cloud Plan subscription with station management features such as Basic Fleet Vehicle Management, Automatic Software Updates, and basic Power Sharing. Real-time dashboards and reports provided for applicable features. Station Activation purchase required. | |
| CPH50 | Cloud | CPCLD-POWER-2 | $375 | $319 | Prepaid Power Cloud Plan subscription with station management features such as Basic Fleet Vehicle Management, Automatic Software Updates, and basic Power Sharing. Real-time dashboards and reports provided for applicable features. Station Activation purchase required. | |
| CPH50 | Cloud | CPCLD-POWER-3 | $530 | $451 | Prepaid Power Cloud Plan subscription with station management features such as Basic Fleet Vehicle Management, Automatic Software Updates, and basic Power Sharing. Real-time dashboards and reports provided for applicable features. Station Activation purchase required. | |
| CPH50 | Cloud | CPCLD-POWER-4 | $685 | $582 | Prepaid Power Cloud Plan subscription with station management features such as Basic Fleet Vehicle Management, Automatic Software Updates, and basic Power Sharing. Real-time dashboards and reports provided for applicable features. Station Activation purchase required. | |
| CPH50 | Cloud | CPCLD-POWER-5 | $830 | $705 | Prepaid Power Cloud Plan subscription with station management features such as Basic Fleet Vehicle Management, Automatic Software Updates, and basic Power Sharing. Real-time dashboards and reports provided for applicable features. Station Activation purchase required. | |
| CPH50 | CPH50 Hardware | CPH50-L18 | $2,156 | $1,401 | Single Port, Wall Mount, 50A, Type 1, Cable 18', Single Phase Charger. Unit ships in 1 box. See invoice or packing slip for details. | |
| CPH50 | CPH50 Hardware | CPH50-L23 | $2,210 | $1,456 | Single Port, Wall Mount, 50A, Type 1, Cable 23', Single Phase Charger. Unit ships in 1 box. See invoice or packing slip for details. | |
| CPH50 | CPH50 Hardware | CPH50-L18-PEDMNT | $3,590 | $2,334 | Single Port, Pedestal Mount, 50A, Type 1, Cable 18', Single Phase Charger. Unit ships in 4 box. See invoice or packing slip for details. | |
| CPH50 | CPH50 Hardware | CPH50-L23-PEDMNT | $3,670 | $2,385 | Single Port, Pedestal Mount, 50A, Type 1, Cable 23', Single Phase Charger. Unit ships in 4 separate boxes. See invoice or packing slip for details. | |
| CPH50 | CPH50 Hardware | CPH50-L18-PEDMNT-CMK5 | $4,500 | $2,925 | Single Port, Pedestal Mount, 50A, Type 1, Cable 18', Single Phase Charger with 5' Cable Management Kit. Unit ships in 5 separate boxes. See invoice or packing slip for details. | |
| CPH50 | CPH50 Hardware | CPH50-L23-PEDMNT-CMK8 | $5,425 | $3,526 | Single Port, Pedestal Mount, 50A, Type 1, Cable 23', Single Phase Charger with 8' Cable Management Kit. Unit ships in 5 separate boxes. See invoice or packing slip for details. | |
| CPH50 | CPH50 Hardware | CPH50-L18 WALLMNT-CMK5 | $3,780 | $2,457 | Single Port, Wall Mount, 50A, Type 1, Cable 18', Single Phase Charger. Unit ships in 3 separate boxes. See invoice or packing slip for details. | |
| CPH50 | CPH50 Hardware | CPH50-L23 WALLMNT-CMK8 | $4,400 | $3,066 | Single Port, Wall Mount, 50A, Type 1, Cable 23', Single Phase Charger with 8' Cable Management Kit. Unit ships in 3 separate boxes. See invoice or packing slip for details. | |

DocuSign Envelope ID: 94C6C9C9-EF8A-4C2A-9CF8-2D0B6B2B4BF9

[Table content too small to read reliably — page consists of a dense multi-column financial/legal data table that is illegible at this resolution]