**THE PRIVATE FIRM PLLC**
Reese Serra (P74482)
Brian Harrison (P58513)
Attorneys for Plaintiff
125 E. Third St., Ste. 100
Rochester, MI, 48307
(248) 781-4500
info@thefirm.net

*Attorneys for Plaintiff*

*Future Energy Group, LLC d/b/a Future Energy*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FUTURE ENERGY GROUP, LLC, A Michigan limited liability company, d/b/a FUTURE ENERGY, | Case No. 5:25-cv-10568-SVK |
| Plaintiff, | Hon. Susan van Keulen |
| v. | **ORDER GRANTING** **STIPULATED ORDER TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS PURSUANT TO L.R. 6-1(b)** |
| CHARGEPOINT, INC., A Delaware corporation, | |
| Defendant. | |

The parties, by and through their respective counsel of record, hereby stipulate to, and the Court orders, the following Stipulated Order to Modify Briefing Schedule Regarding Defendant's Motion to Dismiss Pursuant to L.R. 6-1(b):

WHEREAS, Plaintiff filed its Second Amended Complaint on July 28, 2026;

WHEREAS, Defendant filed its timely Motion to Dismiss as its first response to Plaintiff's Second Amended Complaint on August 11, 2026;

WHEREAS, the Motion to Dismiss hearing is currently set for September 22, 2026 at 10:00 a.m. in San Jose, Courtroom 6, 4th Floor;

WHEREAS, absent an extension, Plaintiff's Response to Defendant's Motion to Dismiss is due on August 25, 2026.

WHEREAS, absent an extension, Defendant's Reply to Plaintiff's Response is due on September 1, 2026;

WHEREAS, the parties have agreed to allow Plaintiff until September 8, 2026 to file its Response to Defendant's Motion to Dismiss;

WHEREAS, the parties have agreed to allow Defendant until September 29, 2026 to file its Reply to Plaintiff's Response to Defendant's Motion to Dismiss;

WHEREAS, the parties have agreed to move the current Motion to Dismiss hearing date from September 22, 2026 at 10:00 a.m. to October 20, 2026 at 10:00 a.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall file its Response to Defendant's Motion to Dismiss by September 8, 2026; Defendant shall file its Reply by September 29, 2026; and the hearing on Defendant's Motion to Dismiss shall be set for October 20, 2026 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: August 18, 2026

For Plaintiff:

*/s/ Reese Serra*

Reese Serra

The Private Firm, PLLC

For Defendant:

*/s/ Michael Panek*

Michael Panek

DTO LAW

**IT IS SO ORDERED.**

Dated: August 20, 2026

Susan van Keulen

HON. SUSAN VAN KEULEN

United States Magistrate Judge

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I Reese Serra, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filings content and have authorized the filing.

*/s/ Reese Serra*
Reese Serra